ARTHUR H. STOIKE, Respondent, *v.* FIRST NATIONAL BANK OF THE CITY OF NEW YORK, Appellant.

Submitted May 17, 1943; decided May 27, 1943.

Motion to amend the remittitur granted. Return of remittitur requested and when returned it will be amended by adding thereto the following: This cause was brought under the provisions of a Federal statute, viz., the Fair Labor Standards Act of June 25, 1938 (52 U. S. Stat. 1060, ch. 676; U. S. Code, tit. 29, § 201 *et seq.*), and an interpretation of that statute was

necessarily involved in the decision by this court. (See 290 N. Y. 195.)